AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brandon Michael Venditti | ) | Case No. 17-6370-Hunt |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 27, 2017__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) and (2) | did knowingly take, by intimidation, from Citibank, approximately $2,183 in United States currency, whose deposits were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based on these facts:
See attached affidavit

*Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida
By _____ Deputy Clerk
Date 10/17/17*

☑ Continued on the attached sheet.

_____
Complainant's signature

William Donaldson, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/17/2017__

_____
Judge's signature

City and state: __Fort Lauderdale, Florida__     Patrick M. Hunt, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William L. Donaldson III, being duly sworn, depose and state as follows:

## INTRODUCTION AND AFFIANT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have served in this capacity since June 2016. I am a graduate of the FBI's Basic Field Training Course at the FBI Academy in Quantico, Virginia (2016). In addition, I have attended numerous classes, seminars and training lectures in the investigation of criminal violations of federal and state laws. I am currently assigned to the South Florida Violent Crime/Fugitive Task Force of the Miami Division of the FBI.

2. This affidavit is submitted in support of a criminal complaint against Brandon Michael Venditti (hereinafter, "VENDITTI"), charging him with bank robbery on September 27, 2017, in violation of Title 18, United States Code, Section 2113(a). I respectfully submit that there is probable cause to believe that VENDITTI did knowingly attempt to take and did take by intimidation, from the person and presence of employees of CitiBank located in Broward County, Florida, United States currency belonging to, and in the care, custody, control, management, and possession of Citibank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

3. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers while in my official capacity. Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest VENDITTI, it does not contain all of the information known to me concerning this investigation; it contains only those facts necessary to establish probable cause for the arrest.

## PROBABLE CAUSE

4. On Wednesday, September 27, 2017, at approximately 11:20 AM, a white male, later identified as VENDITTI, entered the Citibank located at 3101 North Federal Highway, Fort Lauderdale, Florida and approached a bank teller. VENDITTI handed the victim teller a demand note and a small bag. VENDITTI told the victim teller, "I have no choice but to do this. I have a family." The demand note read: "This is a Robbery You have 30 seconds to fill this bag NO ALARM No Bull shit OR I will Shoot you in the Fuckin Face." In fear for her safety and the safety of others in the bank, the victim teller gave VENDITTI approximately $2,183.00 from her cash drawer. After VENDITTI took the money from the victim teller, he exited the bank and fled northwest on foot.

5. FBI Special Agents and other law enforcement responded to the scene of the bank robbery. VENDITTI left the demand note at the scene. The demand note was processed for latent fingerprints. A positive latent fingerprint match revealed that the fingerprint located on the demand note belonged to a black male, identified as W.R. On October 16, 2017, FBI Special Agents interviewed W.R.'s parents at their residence in Fort Lauderdale, Florida. When asked if W.R. associated with any white males, W.R.'s parents described an individual they knew only as "Brandon." They claimed that "Brandon" came from a wealthy family from Westin. W.R.'s parents described "Brandon" as a white male, approximately 20 to 25 years old, approximately six feet tall, with brown hair. They further explained that "Brandon" has sores or 'track marks' visible on his arms and that he is addicted to drugs. The description given by W.R.'s parents matched the description given by witnesses in the bank as well as the surveillance video from Citibank.

6. W.R.'s parents viewed printed and digital photographs that were taken from Citibank's video surveillance system. W.R.'s mother identified the individual in the surveillance photographs as "Brandon." W.R.'s mother provided a telephone number associated with Brandon. A query of online data bases revealed that the telephone number provided was registered to VENDITTI. W.R.'s mother viewed VENDITTI's driver's license photograph, which was taken in 2017, and confirmed that VENDITTI is in fact the individual she knew as "Brandon." W.R.'s parents said that "Brandon" drives a dark grey Mazda 3 hatchback car.

7. VENDITTI has a Facebook account that is open to the public. On his Facebook account there is a picture of VENDITTI wearing a hat that appears to be the same hat that he wore when he robbed Citibank on September 27, 2017.

8. After VENDITTI robbed Citibank on September 27, 2017, he went on to rob several more banks in Broward, Palm Beach, and ~~Collier Counties~~ elsewhere. On October 1, 2017, VENDITTI robbed the TD Bank located at 665 NW 62nd Street, Fort Lauderdale, Florida. During the robbery, VENDITTI wore the same hat that he wore when he robbed the Citibank on September 27, 2017. The video surveillance cameras at TD Bank capture footage of the vehicle that VENDITTI drove, a dark hatchback car. On October 10, 2017, VENDITTI wore the same hat that he wore at Citibank on September 27, 2017 and on October 1, 2010 when he robbed a Chase Bank located at 2425 West Indiantown Road, Jupiter, Florida. Witnesses claimed that VENDITTI fled Chase Bank in a dark Mazda 3 hatchback car. A 2010 dark grey Mazda 3, license plate number DVRU58 is registered to VENDITTI's father. On October 16, 2017, at 4:54 PM VENDITTI wore the same hat when he robbed the Chase Bank located at 1201 SE Port St Lucie Boulevard, Port St. Lucie, Florida and at 5:38 PM when he robbed a Wells Fargo located at 2801 SW High Meadows Avenue, Palm City, Florida. On October 16, 2017 at 4:08 PM, the black

Mazda 3 bearing license plate number DVRU58 passed through a toll on Florida's Turnpike in Jupiter, Florida and in Port St. Lucie at 4:57 PM.

## CONCLUSION

9. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that on September 27, 2017, VENDITTI did knowingly take by intimidation, from the person and presence of employees at a Citibank located in Broward County, Florida, United States currency belonging to, and in the care, custody, control, management, and possession of Citibank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT WILLIAM L. DONALDSON III
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 17th day of October 2017.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Brandon Michael Venditti | ) Case No. 17-6370-Hunt |
| Defendant. | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brandon Michael Venditti                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
bank robbery, in violation of 18 U.S.C. § 2113(a) and (2)

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court,
Southern District of Florida
By _____ Deputy Clerk
Date 10/17/17

Date: 10/17/2017

_____
Issuing officer's signature

City and state:   Fort Lauderdale, Florida         Patrick M. Hunt, U.S. Magistrate Judge
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __Brandon Michael Venditti__

Known aliases: ____

Last known residence: ____

Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____

Last known telephone numbers: ____

Place of birth: __United States__

Date of birth: ____

Social Security number: ____

Height: ____   Weight: ____

Sex: __Male__   Race: ____

Hair: ____   Eyes: ____

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address: __Federal Bureau of Investigation, Special Agent William Donaldson, Miramar, FL__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____